# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 3:01-0170 |
| | ) JUDGE ECHOLS |
| **VOCATIONAL GUIDES, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith,

(1) FTC's Motion To Strike All Exhibits Accompanying Defendant Jackson's Pleading Filed March 9, 2009 (Docket Entry # 187) And Any Portions Of The Pleading Purporting To Rely On Them (Docket Entry No. 188) is hereby GRANTED;

(2) FTC's Motion for Order to Show Cause Why Timothy Scott Jackson and Grant Info Systems, LLC Should Not Be Held in Contempt (Docket Entry No. 92) is hereby GRANTED;

(3) FTC's Motion To Modify The Stipulated Final Judgment And Order For Permanent Injunction (Docket Entry No. 97) is hereby GRANTED; and

(4) the Court will separately enter an Order Holding Timothy Scott Jackson and Grant Info Systems LLC In Contempt Of The Stipulated Final Order of July 27, 2001 and a Supplemental Final Judgment And Order For Permanent Injunction As To Defendant Jackson.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE